MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
mike@righettilaw.com

Attorney for Plaintiff
Jose Moreno

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSE MORENO, | No. 2:14-cv-04359-MWF-(JEMx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER |
| vs. | |
| RITE AID CORPORATION, | Judge:   Hon. Michael W. Fitzgerald |
| Defendants. | |

1 | Pursuant to Stipulation, it is so Ordered that the Parties are bound by the
2 | Stipulated Protective Order.
3 |
4 | Dated: April 13, 2016.
5 |
6 | _____
    United States District Judge
    Hon. Michael W. Fitzgerald