JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/23/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:14-cv-04359-MWF (JEMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: May 23, 2017.

_____
Hon. Michael W. Fitzgerald
United States District Judge